## CERTIFICATE OF SERVICE

I, Thomas M. Horan, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 15, 2017 by:

**[X]** **Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:**

> Mark Dunaway
> 944 Gateway Court
> Atlanta, GA  30327

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                                           (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

February 15, 2017                    _/s/ Thomas M. Horan_____

> Thomas M. Horan (Bar No. 4641)
> SHAW FISHMAN GLANTZ & TOWBIN LLC
> 919 N. Market Street, Suite 600
> Wilmington, Delaware  19801
> Telephone:  (302) 480-9412
> Email:  thoran@shawfishman.com

{11796-001 CRT A0463067.DOC}