# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 15-11323 (KJC) |
| Citadel Watford Disposal Partners, L.P., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |
| | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CITADEL WATFORD DISPOSAL PARTNERS, L.P., *et al.*, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-50024 (KJC) |
| CITADEL ENERGY PARTNERS, LLC., a Wyoming limited liability company; FORT BERTHOLD WATER PARTNERS, L.P, a Delaware limited partnership; STANTON DODSON, an individual; MARK DUNAWAY, an individual; NICHOLAS J. VANDERWEY, an individual; PETER SIMONS, an individual; NICHOLAS TEMPLE, an individual; ERIC HOLOMON, an individual; ALASTAIR SMITH, an individual; CARL COWARD, an individual; NORTH DAKOTA WATER PARTNERS, LLC, a Delaware limited liability company; NICHOLAS TEMPLE, a California accountancy corporation; and DOES 1-100, inclusive, | |
| Defendants, | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

|  |  |
|---|---|
| And | : |
|  | : |
| CITADEL WATFORD CITY DISPOSAL PARTNERS, L.P., a Delaware limited partnership, CITADEL ENERGY SWD HOLDINGS, LLC, a North Dakota limited liability company, CITADEL ENERGY SERVICES, LLC, a Wyoming limited liability company, and PEMBROKE FIELDS, LLC, a North Dakota limited liability company, | : : : : : : : : |
|  | : |
| Nominal Defendants. | : |
|  | : |

**STIPULATION EXTENDING TIME FOR DEFENDANT NICHOLAS TEMPLE TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff and defendant Nicholas Temple (the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 6, 2017, the Plaintiff filed the Complaint [Adv. Proc. Docket No. 1] (the "Complaint") commencing the above-captioned adversary proceeding against, among others, Nicholas Temple;

WHEREAS, the initial date by which Nicholas Temple, is required to answer, move or otherwise respond to the Complaint (the "Answer Deadline") is March 17, 2017; and

WHEREAS, the Parties have stipulated to an extension of the Answer Deadline.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between undersigned counsel for the Parties as follows:

1. The Answer Deadline shall be extended, and Nicholas Temple, shall have through and including April 17, 2017 to answer, move or otherwise respond to the Complaint.

2. The stipulation is without prejudice to an application for, or stipulation to, further extensions of the Answer Deadline for Nicholas Temple

Dated: March 7, 2017

**SHAW FISHMAN GLANTZ & TOWBIN, LLC**

  */s/ Thomas M. Horan*
Thomas M. Horan (Bar No. 4641)
Johnna M. Darby (Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

*Counsel to the Official Committee of Unsecured Creditors of Citadel Watford City Disposal Partners, LP, Citadel Energy SWD Holdings, LLC, Citadel Energy Services, LLC and Pembroke Fields, LLC*

Dated: March 7, 2017

**MORGAN LEWIS & BOCKIUS LLP**

  */s/ John C. Goodchild, III*
John C. Goodchild, III
1701 Market St.
Philadelphia, PA 19103-2921
Telephone: (215) 963-5020
Facsimile: (215) 963-5001
E-mail: john.goodchild@morganlewis.com

*Counsel to Nicholas Temple*