# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford Disposal Partners, L.P., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CITADEL WATFORD DISPOSAL PARTNERS, L.P., *et al.*,<br><br>            Plaintiff,<br><br>v.<br><br>CITADEL ENERGY PARTNERS, LLC, a Wyoming limited liability company; FORT BERTHOLD WATER PARTNERS, L.P., a Delaware limited partnership; STANTON DODSON, an individual; MARK DUNAWAY, an individual; NICOLAS J. VANDERWEY, an individual; LOUIS BRIDGES, an individual; PETER SIMONS, an individual; NICHOLAS TEMPLE, and individual; ERIC HOLOMAN, an individual; ALASTAIR SMITH, an individual; CARL COWARD, an individual; NORTH DAKOTA WATER PARTNERS, LLC, a Delaware limited liability company; JONATHON P. REUBEN, C.P.A., a California accountancy corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants, | <br><br><br><br>Adv. Pro. No. 17-50024 (KJC)<br><br><br>**Re: D.I. 1**<br><br>**No hearing will be held unless requested or ordered by the Court; Response due May 1, 2017** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

|  |  |
|---|---|
| And | ) |
|  | ) |
|  | ) |
| CITADEL WATFORD CITY DISPOSAL PARTNERS, LP, a Delaware limited partnership, CITADEL ENERGY SWD HOLDINGS, LLC, a North Dakota limited liability company, CITADEL ENERGY SERVICES, LLC, a Wyoming limited liability company, and PEMBROKE FIELDS, LLC, a North Dakota limited liability company, | ) ) ) ) ) ) ) ) ) ) |
|  | ) |
| Nominal Defendants. | ) |
|  | ) |

## MOTION OF DEFENDANT ERIC HOLOMAN TO DISMISS THE COMPLAINT

For the reasons set forth in the accompanying Memorandum of Law in Support of Motion of Defendant Eric Holoman to Dismiss the Complaint, Defendant Eric Holoman, by and through his undersigned counsel, moves this Court to dismiss all counts asserted against him in the Complaint [D.I. 1], filed on February 6, 2017 by the Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P. et al., with prejudice for failure to state a claim upon which relief can be granted, pursuant to Rules 12(b)(6) and 9 (as applicable) of the Federal Rules of Civil Procedure, which are applicable to the instant adversary proceeding pursuant to Rules 7012 and 7009 of the Federal Rules of Bankruptcy Procedure, and applicable law.

Pursuant to Local Rule 7012-1, Eric Holoman states that he consents to the Bankruptcy Court's entry of a final order solely with respect to his Motion to Dismiss, if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution, and expressly reserves all other rights with the

Bankruptcy Court's power to finally determine any other matters in this adversary proceeding or any other proceeding or in connection with any rights, claims or defenses of Eric Holoman.[2]

WHEREFORE, Eric Holoman respectfully requests that this Court enter an order, substantially in the form attached hereto (i) dismissing all counts against him in the Complaint with prejudice, and (ii) granting such other and further relief as the Court may deem just and proper.

        ROSS ARONSTAM & MORITZ LLP

        */s/ S. Michael Sirkin*
        S. Michael Sirkin (Bar No. 5389)
        100 South West Street, Suite 400
        Wilmington, Delaware  19801
        Telephone:  (302) 576-1600
        E-mail: msirkin@ramllp.com

        *Counsel to Defendant Eric Holoman*

Dated:  April 17, 2017

---

[2] This Motion shall not be deemed or construed as a waiver of Eric Holoman's rights (i) to have final orders in non-core matters entered only after de novo review by the District Court, (2) to a trial by jury in any proceeding so triable in this case or any cases, controversy, or proceeding related to this case, (3) to request to have the District Court withdraw the reference subject to mandatory withdrawal or permissive withdrawal and/or (4) any other rights, claims, defenses or actions to which Eric Holoman is or may be entitled, all of which are hereby expressly reserved.