# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> Citadel Watford Disposal Partners, L.P., *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 15-11323 (KJC) <br><br> (Jointly Administered) |
| ) <br> OFFICIAL COMMITTEE OF UNSECURED ) <br> CREDITORS OF CITADEL WATFORD ) <br> DISPOSAL PARTNERS, L.P., *et al.*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITADEL ENERGY PARTNERS, LLC, a ) <br> Wyoming limited liability company; FORT ) <br> BERTHOLD WATER PARTNERS, L.P., a ) <br> Delaware limited partnership; STANTON ) <br> DODSON, an individual; MARK DUNAWAY, ) <br> an individual; NICOLAS J. VANDERWEY, ) <br> an individual; LOUIS BRIDGES, an individual; ) <br> PETER SIMONS, an individual; NICHOLAS ) <br> TEMPLE, and individual; ERIC HOLOMAN, an ) <br> individual; ALASTAIR SMITH, an individual; ) <br> CARL COWARD, an individual; NORTH ) <br> DAKOTA WATER PARTNERS, LLC, a ) <br> Delaware limited liability company; JONATHON ) <br> P. REUBEN, C.P.A., a California accountancy ) <br> corporation; and DOES 1 through 100, inclusive, ) <br> ) <br> Defendants, ) | Adv. Pro. No. 17-50024 (KJC) <br><br><br> **Re: D.I. 1** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

|  |  |
|---|---|
| And | ) |
|  | ) |
|  | ) |
| CITADEL WATFORD CITY DISPOSAL PARTNERS, LP, a Delaware limited partnership, CITADEL ENERGY SWD HOLDINGS, LLC, a North Dakota limited liability company, CITADEL ENERGY SERVICES, LLC, a Wyoming limited liability company, and PEMBROKE FIELDS, LLC, a North Dakota limited liability company, | ) ) ) ) ) ) ) ) ) |
|  | ) |
| Nominal Defendants. | ) |
|  | ) |

### ORDER GRANTING MOTION OF DEFENDANT ERIC HOLOMAN TO DISMISS THE COMPLAINT

Upon consideration of the Motion of Defendant Eric Holoman to Dismiss the Complaint (the "Motion"), and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. All counts against Eric Holoman in the Complaint [D.I. 1], filed on February 6, 2017 by the Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P. et al., are dismissed with prejudice for failure to state a claim upon which relief can be granted, pursuant to Rules 12(b)(6) and 9 (as applicable) of the Federal Rules of Civil Procedure, which are applicable to the instant adversary proceeding pursuant to Rules 7012 and 7009 of the Federal Rules of Bankruptcy Procedure, and applicable law.

Dated: _____, 2017
       Wilmington, Delaware

 

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE