## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Citadel Watford Disposal Partners, L.P., et al.,[1] | : Case No. 15-11323 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P., et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adv. Proc. No. 17-50024 (KJC) |
| | : |
| Citadel Energy Partners, LLC, et al., | : |
| | : |
| Defendants. | : |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE UNITED STATES BANKRUPT COURT
FOR THE DISTRICT OF DELAWARE

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al. (the "Liquidation Trustee"), as debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases, by and through its undersigned counsel, respectfully requests (the "Request") that a default be entered against Defendant Fort Berthold Water Partners, L.P. (the "Defendant") in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Rule 55 of the Federal Rules of Civil Procedure,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 REQ A0469909.DOCX}

made applicable to the Adversary Proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, for the Defendant's failure to plead or otherwise defend this Adversary Proceeding. In support of this Request, the Liquidation Trustee relies upon the Affidavit of Thomas M. Horan attached hereto as Exhibit A.

WHEREFORE, the Liquidation Trustee respectfully requests that the Clerk of the Court enter a default against the Defendant substantially in the form attached hereto as Exhibit B.

Dated: May 5, 2017

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 691-3774
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

-and-

Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 980-3836
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*