# EXHIBIT A

{12058-002 AFF A0469964.DOCX}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Citadel Watford Disposal Partners, L.P., et al.,[1] | : Case No. 15-11323 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P., et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adv. Proc. No. 17-50024 (KJC) |
| | : |
| Citadel Energy Partners, LLC, et al. | : |
| | : |
| Defendants. | : |

**AFFIDAVIT OF THOMAS M HORAN, ESQUIRE IN SUPPORT
OF LIQUIDATION TRUSTEE'S REQUEST FOR ENTRY OF DEFAULT**

STATE OF DELAWARE :
                                            :
NEW CASTLE COUNTY :

I, Thomas M. Horan, of Shaw Fishman Glantz & Towbin LLC, being duly sworn, deposes and says:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 AFF A0469964.DOCX}

1. I am a Member of the firm of Shaw Fishman Glantz & Towbin LLC, counsel to Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., et al. (the "Liquidation Trustee"), as debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases. As counsel to the Liquidation Trustee in the above-captioned adversary proceeding (the "Adversary Proceeding"), I am familiar with the facts and circumstances contained in this Affidavit. I submit this affidavit in support of the Liquidation Trustee's request for entry of default against Peter Simons ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to the Adversary Proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure.

2. On February 6, 2017, this Adversary Proceeding was initiated by the filing of a complaint (the "Complaint"). The Complaint sought damages against Defendant, among others, that total $11,998,330.18.

3. On February 15, 2017, the Clerk of the United States Bankruptcy Court for the District of Delaware issued the Summons (the "Summons"). The Complaint and Summons were served via first class mail, postage prepaid on February 15, 2017 pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1). A true and correct copy of the Certificate of Service for the Complaint and the Summons is attached hereto as Exhibit 1.

4.  Pursuant to the Summons and Federal Rule of Bankruptcy Procedure 7012, Defendant was required to file and serve an answer to the Complaint within thirty (30) days after the issuance of the Summons. Defendant's answer was due on March 17, 2017.

5.  To the best of my knowledge, the Defendant is neither a minor nor an incompetent person within the meaning of Federal Rule of Bankruptcy Procedure 7055 nor is he in the military.

6.  A proposed Entry of Default is attached as Exhibit B to the Request for Entry of Default filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas M. Horan

SWORN TO AND SUBSCRIBED BEFORE ME this 5th day of May, 2017.

_____
NOTARY PUBLIC

[Notary Seal: JOHNNA M. DARBY, NOTARIAL OFFICER, STATE OF DELAWARE, 29 DEL. C. § 4323(a)(3)]

{12058-002 AFF A0469964.DOCX}

**EXHIBIT 1**

# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re: | Citadel Watford Disposal Partners, L.P., et al.,[1] ) | | |
| | Debtor ) | | |
| | ) | Case No.: | 15-11323 (KJC) |
| | OFFICIAL COMMITTEE OF UNSECURED CREDITORS ) | | |
| | OF CITADEL WATFORD DISPOSAL PARTNERS, L.P., et al., ) | Chapter: | 11 |
| | Plaintiff ) | | |
| | v. ) | | |
| | ) | | |
| | CITADEL ENERGY PARTNERS, LLC, ) | | |
| | a Wyoming limited liability company, et al., ) | Adv. Proc. No.: | 17-50024 (KJC) |
| | Defendant ) | | |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Thomas M. Horan (Bar No. 4641)
> SHAW FISHMAN GLANTZ & TOWBIN LLC
> 919 N. Market Street, Suite 600
> Wilmington, Delaware 19801
> Telephone: (302) 480-9412
> Email: thoran@shawfishman.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | |
|---|---|
| United States Bankruptcy | Room No. 5, 5th Floor |
| 824 Market Street | |
| Wilmington, Delaware 19801 | Date and Time: April 13, 2017 at 1:30 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: February 15, 2017

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

{11796-001 SUM A0458187.DOCX}

## CERTIFICATE OF SERVICE

I, Thomas M. Horan, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 15, 2017 by:

[X]  **Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:**

> Peter Simons
> 22262 Robin Avenue
> Glidden, Iowa  51443

[ ]  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]  Residence Service: By leaving the process with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [Describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

February 15, 2017                    _/s/ Thomas M. Horan_

> Thomas M. Horan (Bar No. 4641)
> SHAW FISHMAN GLANTZ & TOWBIN LLC
> 919 N. Market Street, Suite 600
> Wilmington, Delaware  19801
> Telephone:  (302) 480-9412
> Email:  thoran@shawfishman.com

{11796-001 CRT A0463079.DOC}