# EXHIBIT B

{12058-002 JDG A0469961.DOCX}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Citadel Watford Disposal Partners, L.P., et al.,[1] | : Case No. 15-11323 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P., et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adv. Proc. No. 17-50024 (KJC) |
| | : |
| Citadel Energy Partners, LLC, et al., | : |
| | : |
| Defendants. | : |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Defendant's Name: Peter Simons

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Una O'Boyle
Clerk of the Bankruptcy Court

Dated: _____

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 JDG A0469961.DOCX}