# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                          Bankruptcy Case No.: 15–11323–KJC
Citadel Watford City Disposal Partners, LP
    Debtor                                   Bankruptcy Chapter:  11
_____

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

    Plaintiff                                    Adv. Proc. No.:  17–50024–KJC

    vs.

Citadel Energy Partners, LLC

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: Citadel Energy Partners, LLC

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Una O'Boyle, Clerk of Court

Date: 5/8/17                                         By:  /s/Lisa M. Dunwody, Deputy Clerk

(VAN–431)