# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | Bankruptcy Case No.: 15–11323–KJC |
| Citadel Watford City Disposal Partners, LP | |
|     Debtor | Bankruptcy Chapter:  11 |

_____

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    Plaintiff                                 Adv. Proc. No.:  17–50024–KJC

    vs.

Fort Berthold Water Partners, L.P.

    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Fort Berthold Water Partners, L.P.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 5/8/17                            By:  /s/Lisa M. Dunwody, Deputy Clerk

(VAN–431)