# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Citadel Watford City Disposal Partners, LP
    Debtor
_____

Bankruptcy Case No.: 15–11323–KJC

Bankruptcy Chapter: 11

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    Plaintiff

    vs.

Stanton Dodson

    Defendant(s)

Adv. Proc. No.: 17–50024–KJC

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Stanton Dodson

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                            _____
                                            Una O'Boyle, Clerk of Court

Date: 5/8/17                                          By: /s/Lisa M. Dunwody, Deputy Clerk

(VAN–431)