# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford Disposal Partners, L.P., et al.,[1]<br><br>Debtors.<br><br>Official Committee of Unsecured Creditors of Citadel Watford Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.<br><br>Defendants. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Proc. No. 17-50024 (KJC) |

## JUDGMENT BY DEFAULT

On May 5, 2017, default was entered against Defendant Citadel Energy Partners, LLC. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff as follows:

Judgment is entered against Defendant Citadel Energy Partners, LLC in the amount of $11,998,330.18 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. § 1961.

**Una O'Boyle**
Clerk of the Bankruptcy Court

Dated: _____

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 JDG A0469907.DOCX}