# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CITADEL WATFORD DISPOSAL ) | Case No. 15-11323 (KJC) |
| PARTNERS, L.P. *et al.,*[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF CITADEL ) | |
| WATFORD DISPOSAL PARTNERS, L.P., ) | |
| *et al.,* ) | |
| ) | Adv. Pro. No. 17-50024 (KJC) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITADEL ENERGY PARTNERS, LLC, a ) | |
| Wyoming limited liability company; FORT ) | |
| BERTHOLD WATER PARTNERS, L.P., a ) | |
| Delaware limited partnership; STANTON ) | |
| DODSON, an individual; NICOLAS J. ) | |
| VANDERWEY, an individual; LOUIS ) | |
| BRIDGES, an individual; PETER SIMONS, ) | |
| an individual; NICHOLAS TEMPLE, an ) | |
| individual; ERIC HOLOMAN, an ) | |
| individual; ALASTAIR SMITH, an ) | |
| individual; CARL COWARD, an ) | |
| individual; NORTH DAKOTA WATER ) | |
| PARTNERS, LLC, a Delaware limited ) | |
| liability company; JONATHAN P. ) | |
| REUBEN, C.P.A., a California accountancy ) | |
| corporation; and DOES 1 through 100, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF COMPLETION OF BRIEFING

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

PLEASE TAKE NOTICE that all briefing has been completed with regard to the Motion of Defendants Alastair Smith, Carl Coward and North Dakota Water Partners, LLC To Dismiss; (II) For Costs and Stay; (III) To Set Aside Defaults and Deem Response To Complaint Timely (filed May 16, 2017, D.I. No. 82) (the "<u>Motion</u>").  The following filed documents are relevant to the Motion:

1. Opening Brief (filed May 16, 2017, D.I. No. 83).

2.  Objection of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, Successor to Citadel Watford City Disposal Partners, L.P. et al., to Motion of Defendants Alastair Smith, Carl Coward and North Dakota Water Partners, LLC To Dismiss; (ii) for Costs and Stay; (III) To Set Aside Defaults and Deem Response to Complaint Timely (filed May 30, 2017, D.I. No. 93).

3. Reply Brief (filed June 9, 2017, D.I. No. 96).

4. Complaint (filed February 6, 2017, D.I. No. 1).

5. Clerk's Entry of Default – Alastair Smith (filed May 8, 2017, D.I. No. 60).

6.  Clerk's Entry of Default – Carl Coward (filed May 8, 2017, D.I. No. 61).

7. Clerk's Entry of Default – North Dakota Water Partners, LLC (filed May 8, 2017, D.I. No. 64).

Dated:  June 19, 2017				MACAULEY LLC

						<u>/s/Thomas G. Macauley</u>
						Thomas G. Macauley (No. 3411)
						300 Delaware Avenue, Suite 760
						Wilmington, DE 19801
						Telephone:  (302) 656-0100
						Facsimile:  (302) 656-5886

						Attorneys for Defendants Alastair Smith, Carl Coward, and North Dakota Water Partners, LLC