# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CITADEL WAFORD DISPOSAL PARTNERS, L.P. *et al.,*[1] | ) ) ) | Case No. 15-11323 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | |
| GAVIN SOLMONESE, LIQUIDATION TRUSTEE FOR THE CITADEL CREDITORS' GRANTOR TRUST, Successor to Citadel Watford City Disposal Partners, L.P., *et al.* | ) ) ) ) ) ) ) | |
| | ) | Adv. Pro. No. 17-50024 (KJC) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITADEL ENERGY PARTNERS, LLC, a Wyoming limited liability company; FORT BERTHOLD WATER PARTNERS, L.P., a Delaware limited partnership; STANTON DODSON, an individual; NICOLAS J. VANDERWEY, an individual; LOUIS BRIDGES, an individual; PETER SIMONS, an individual; NICHOLAS TEMPLE, an individual; ERIC HOLOMAN, an individual; ALASTAIR SMITH, an individual; CARL COWARD, an individual; NORTH DAKOTA WATER PARTNERS, LLC, a Delaware limited liability company; JONATHAN P. REUBEN, C.P.A., a California accountancy corporation; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Re: D.I. 121**<br><br>**No hearing will be held unless requested or ordered by the Court**<br><br>**TRIAL BY JURY OF TWELVE DEMANDED** |
| Defendants. | ) ) | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

00496893 2

|  |  |
|---|---|
| And | ) |
|  | ) |
| CITADEL WATFORD CITY DISPOSAL | ) |
| PARTNERS, LP, a Delaware limited | ) |
| partnership, CITADEL ENERGY SWD | ) |
| HOLDINGS, LLC, a North Dakota limited | ) |
| liability company, CITADEL ENERGY | ) |
| SERVICES, LLC, a Wyoming limited | ) |
| liability company, and PEMBROKE | ) |
| FIELDS, LLC, a North Dakota limited | ) |
| liability company, | ) |
|  | ) |
| Nominal Defendants. | ) |
|  | ) |
| _____ | ) |

## MOTION OF DEFENDANT MARK DUNAWAY
## TO DISMISS THE AMENDED COMPLAINT

Defendant Mark Dunaway, by his undersigned counsel, hereby moves (the "Motion") pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure for an order dismissing all counts asserted against Mark Dunaway in the Liquidation Trustee's Amended Complaint for failure to state a claim upon which relief can be granted.

Pursuant to Del. Bankr. L.R. 7012-1, Dunaway consents to the Bankruptcy Court's entering of a final order solely with respect to this Motion, if it is determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution, and Dunaway expressly reserves all other rights regarding the Bankruptcy's Court's power to finally determine any other matters in this adversary proceeding or any other proceeding or in connection with any rights, claims or defenses of Dunaway.

The basis for the relief requested is set forth in the attached *Opening Brief In Support of Motion of Mark Dunaway to Dismiss Amended Complaint* filed contemporaneously herewith.

00496893 2

WHEREFORE, Mark Dunaway respectfully requests that the Bankruptcy Court enter an order, substantially in the form attached hereto (i) dismissing all counts against him in the Amended Complaint with prejudice, and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: December 6, 2017   COOCH AND TAYLOR, P.A.
Wilmington, Delaware

                                                             /s/ *R. Grant Dick IV*
                                      Robert W. Pedigo (DE No. 4047)
                                      R. Grant Dick, IV (DE No. 5123)
                                      The Brandywine Building
                                      1000 West Street, 10th Floor
                                      P.O. Box 1680
                                      Wilmington, DE 19899-1680
                                      Telephone: 302.984.3832
                                      Facsimile: 302.984.3939
                                      rpedigo@coochtaylor.com
                                      gdick@coochtaylor.com

                                      *Counsel for Defendant Mark Dunaway*