# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CITADEL WATFORD DISPOSAL ) | Case No. 15-11323 (KJC) |
| PARTNERS, L.P. *et al.,*[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF CITADEL ) | |
| WATFORD DISPOSAL PARTNERS, L.P., ) | |
| *et al.,* ) | |
| ) | Adv. Pro. No. 17-50024 (KJC) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITADEL ENERGY PARTNERS, LLC, a ) | |
| Wyoming limited liability company; FORT ) | |
| BERTHOLD WATER PARTNERS, L.P., a ) | |
| Delaware limited partnership; STANTON ) | |
| DODSON, an individual; NICOLAS J. ) | |
| VANDERWEY, an individual; LOUIS ) | |
| BRIDGES, an individual; PETER SIMONS, ) | |
| an individual; NICHOLAS TEMPLE, an ) | |
| individual; ERIC HOLOMAN, an ) | |
| individual; ALASTAIR SMITH, an ) | |
| individual; CARL COWARD, an ) | |
| individual; NORTH DAKOTA WATER ) | |
| PARTNERS, LLC, a Delaware limited ) | |
| liability company; JONATHAN P. ) | |
| REUBEN, C.P.A., a California accountancy ) | |
| corporation; and DOES 1 through 100, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

## MOTION OF DEFENDANTS CARL COWARD, ALASTAIR SMITH AND NORTH DAKOTA WATER PARTNERS, LLC TO DISMISS AMENDED COMPLAINT

Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC (the "C&S Defendants") hereby move to dismiss the amended complaint pursuant to Rule 12(b)(6) (incorporated by Bankruptcy Rule 7012). Pursuant to Del. Bankr. LR 7012-1, the C&S Defendants do not consent to entry of final orders or judgments by this Court.

The basis for the relief requested is set forth in greater detail in the accompanying opening brief.

Dated: December 8, 2017

MACAULEY LLC

/s/Thomas G. Macauley
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 656-5886

Attorneys for Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC