**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CITADEL WATFORD DISPOSAL | ) | Case No. 15-11323 (KJC) |
| PARTNERS, L.P. *et al.,*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| GAVIN/SOLOMONESE LLC, | ) | |
| Liquidation Trustee for the Citadel | ) | |
| Creditors' Grantor Trust, successor to | ) | |
| Citadel Watford Disposal Partners, L.P., | ) | |
| *et al.,* | ) | |
| | ) | Adv. Pro. No. 17-50024 (KJC) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITADEL ENERGY PARTNERS, LLC | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RESPONSE OF DEFENDANTS CARL COWARD, ALASTAIR SMITH
AND NORTH DAKOTA WATER PARTNERS, LLC TO PLAINTIFF'S MOTION
FOR ORDER EXTENDING TIME TO RESPOND TO PLEADINGS**

Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC (the

"C&S Defendants") hereby respond to the plaintiff's motion to extend the time to respond to

pleadings (the "Motion"), and respectfully represent as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

## Background

1.      The Motion seeks relief on one of two related scheduling issues between the parties:  (a) the time for the plaintiff to respond to two motions to dismiss (one by Dunaway and one by the C&S Defendants); and (b) the date of the Rule 16 pretrial conference, currently scheduled for 10:00 a.m. on January 11, 2018.

2.      With respect to pending motions to dismiss, the plaintiff proposed a briefing schedule by which it would respond to them by January 12, and movants would reply by January 26, 2018.  Given the upcoming holidays, this schedule is reasonable.

3.      With respect to the Rule 16 conference, the defendants had proposed that it be adjourned until the pending motions to dismiss are addressed by the Court.  The plaintiff refused this request, however, as well as a request for any adjournment of the Rule 16 conference.

4.      Because of the plaintiff's refusal to adjourn the Rule 16 conference, the C&S Defendants expressed reservations about the proposed briefing schedule since the proposed January 12 deadline for responding to pending motions to dismiss would be the day after the currently scheduled Rule 16 conference.

5.      Without any attempt to negotiate a resolution of these related scheduling issues, the plaintiff immediately filed the Motion, which addresses only the briefing schedule.

## Response

6.      The C&S Defendants submit that the most efficient approach would be to set the proposed briefing schedule on the pending motions to dismiss and to adjourn the Rule 16 conference until a later date, be it until the pending motions are addressed by the Court or at least until briefing is complete and the Court has had an opportunity to review the briefs.  *See* Fed. R. Civ. P. 16(c)(2)(K) (authorizing consideration of pending motions at initial pretrial conference).

7.       Such a result would not only provide the plaintiff with its proposed briefing schedule but also not require the parties to appear prematurely on January 11.  Moreover, given that motions to dismiss are pending and pleadings are therefore not yet closed, the parties are unlikely to agree on a form of scheduling order prior to that date.

8.       Nor would an adjournment of the Rule 16 conference prejudice the plaintiff since this action has been pending for many months.  Had the plaintiff wanted this action to proceed more expeditiously, the plaintiff could have amended its complaint as a matter of course in connection with briefing on the initial motions to dismiss.  *See* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend its pleading 21 days after a motion to dismiss as a matter of course). Instead, the plaintiff did not seek to amend its complaint until well after oral argument, and at that point required leave of court.

Dated:  December 19, 2017

MACAULEY LLC

/s/Thomas G. Macauley
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Telephone:  (302) 656-0100
Facsimile:   (302) 656-5886

Attorneys for Defendants Carl Coward,
Alastair Smith and North Dakota Water
Partners, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that December 19, 2017, a true and correct copy of the foregoing was

sent by CM/ECF to:

Thomas M. Horan, Esquire
Johnna M. Darby, Esquire
Shaw Fishman Glantz & Towbin LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
thoran@shawfishman.com
jdarby@shawfishman.com


/s/Thomas G. Macauley
Thomas G. Macauley