## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., <u>et al.</u>,[1] | Case No. 15-11323 (KJC) |
| Debtors. | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u>, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-50024 (KJC) |
| Citadel Energy Partners, LLC, <u>et al.</u> | |
| Defendants. | |

### NOTICE OF COMPLETION OF BRIEFING REGARDING MOTION OF GAVIN/SOLMONESE LLC, LIQUIDATION TRUSTEE, FOR ENTRY OF AN ORDER (A) EXTENDING TIME TO RESPOND TO PLEADINGS AND (B) FOR RELIEF FROM THE BRIEFING REQUIREMENTS CONTAINED IN LOCAL RULE 7007-1

Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Procedure of the

United States Bankruptcy Court for the District of Delaware, Gavin/Solmonese LLC,

Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel

Watford City Disposal Partners, L.P., <u>et al.</u> (the "<u>Liquidation Trustee</u>"), through its

undersigned counsel, hereby notifies the Court that briefing has been completed on the

Liquidation Trustee's Motion for Entry of an Order (A) Extending Time to Respond to

Pleadings and (B) for Relief from the Briefing Requirements Contained in Local Rule

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

7007-1 [Adv. Pro. No. 17-50024, D.I. 149, filed December 13, 2017]. The following documents will be delivered to Chambers with this Notice of Completion of Briefing:

1.      Amended Complaint [Adv. Pro. No. 17-50024 (KJC), D.I. 121, filed November 6, 2017]

2.      Motion of Gavin/Solmonese LLC, Liquidation Trustee, for Entry of an Order (A) Extending Time to Respond to Pleadings and (B) for Relief from the Briefing Requirements Contained in Local Rule 7007-1 [Adv. Pro. No. 17-50024 (KJC), D.I. 149, filed December 13, 2017]

3.      Response of Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC to Plaintiff's Motion for an Order Extending Time to Respond to Pleadings [Adv. Pro. No. 17-50024 (KJC), D.I. 152, filed December 19, 2017]

4.      Joinder of Defendant, Louis Bridges, to Response of Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC to Plaintiffs' Motion for an Order Extending Time to Respond to Pleadings [Adv. Pro. No. 17-50024 (KJC), D.I. 153, filed December 20, 2017]

5.      Reply of Gavin/Solmonese, LLC, Liquidation Trustee, to (I) Response of Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC to Plaintiff's Motion for an Order Extending Time to Respond to Pleadings and (II) Joinder of Defendant, Louis Bridges, to Response of Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC to Plaintiffs' Motion for an Order Extending Time to Respond to Pleadings [Adv. Pro. No. 17-50024 (KJC), D.I. 154, filed December 21, 2017]

Dated:  January 2, 2018

**SHAW FISHMAN GLANTZ
& TOWBIN LLC**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 691-3774
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*