# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>Defendants. | Adv. Pro. No. 17-50024 (KJC) |

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER

I, Johnna M. Darby, counsel to Plaintiff Gavin/Solmonese LLC, Liquidation Trustee (the "Liquidation Trustee"), hereby certify:

1. On October 10, 2017, the Liquidation Trustee filed a motion for leave to amend the Complaint in the above-captioned adversary proceeding (the "Adversary Proceeding").[2]  See Adv. D.I. 116.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

[2] All citations to the docket in the Adversary Proceeding will be referred to as "Adv. D.I. __."

{12058-002 CRT A0495152.DOC 2}

2. Receiving no response to its request to amend the Complaint, on October 27, 2017, the Liquidation Trustee filed a certificate of no objection regarding the motion for leave to amend complaint and requested that the Court enter the proposed form of order. See Adv. D.I. 119.

3. On October 30, 2017, the Court entered the order granting the Liquidation Trustee leave to amend the complaint. See Adv. D.I. 120.

4. On November 6, 2017, the Liquidation Trustee filed its amended complaint (the "Amended Complaint"). See Adv. D.I. 121.

5. The Amended Complaint was served on November 13, 2017. See Adv. D.I. 125-137.

6. As of the filing of this Certification of Counsel, two (2) defendants filed motions to dismiss the Amended Complaint; all other defendants either answered the Amended Complaint or did not respond.

7. On November 24, 2017, counsel for the Liquidation Trustee circulated a proposed scheduling order. It provides for various deadlines that would be triggered by the entry of the scheduling order by the Court. For example, it provides that "fact discovery shall be completed no later than two hundred forty (240) days after the entry of this Scheduling Order."

8. On December 11, 2017, counsel for Defendants requested that the proposed scheduling order and discovery be held in abeyance pending the Court's ruling on the second round of Motions to Dismiss.

9. The Liquidation Trustee believes that because the Adversary Proceeding has been pending for 10 months and already has undergone one round of briefing and oral argument on motions to dismiss, further delay in issuing a scheduling order and in starting discovery is not warranted.

10. The issues surrounding the scheduling of the pretrial conference and entry of the scheduling order during the pendency of the motions to dismiss, among others, have been fully briefed by the parties and have been submitted to the Court for consideration.  See Adv. D.I. 149, 152, 153, 154, 156.

11. The Liquidation Trustee respectfully requests that the Court enter the scheduling order attached hereto as Exhibit A.

Dated:  January 3, 2018

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Avenue, Suite 1370
Wilmington, Delaware 19801
Telephone:  (302) 691-3774
E-mail:  thoran@shawfishman.com
E-mail:  jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
Email:  ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*

{12058-002 CRT A0495152.DOC 2}