# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CITADEL WATFORD DISPOSAL PARTNERS, L.P., *et al.*,[1] | ) ) ) ) | Case No. 15-11323 (KJC) (Jointly Administered) |
| Debtors. | ) ) ) |  |
| GAVIN SOLMONESE, LIQUIDATION TRUSTEE FOR THE CITADEL CREDITORS' GRANTOR TRUST, Successor to Citadel Watford City Disposal Partners, L.P., *et al.*, | ) ) ) ) ) ) ) |  |
| Plaintiff, | ) ) | Adv. Pro. No. 17-50024 (KJC) |
| v. | ) ) |  |
| CITADEL ENERGY PARTNERS, LLC, *et al.* | ) ) | **TRIAL BY JURY DEMANDED** **Re: D.I. 121, 150, 151** |
| Defendants. | ) ) |  |

**RESPONSE OF DEFENDANT ERIC HOLOMAN**
**LIMITED SOLELY TO THE CROSSCLAIMS OF LOUIS BRIDGES**

Eric Holoman ("Holoman"), co-Defendant in the above-captioned action, hereby submits this limited Answer and Response to the cross-claims of Louis Bridges ("Bridges") as set forth in Bridges's Answer with Affirmative Defenses and Crossclaims to the Amended Complaint, D.I. 151 (the "Bridges Answer") and states as follows:

1. On November 6, 2017, the plaintiff filed its Amended Complaint (the "Amended Complaint"). D.I. 121.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

2. On November 8, 2017, plaintiff and Holoman entered into a stipulation extending his time to answer, move or otherwise respond to the Amended Complaint to December 1, 2017. D.I. 122.

3. On November 29, 2017, plaintiff and Holoman entered into a second stipulation, further extending Holoman's time to answer, move or otherwise respond to the Amended Complaint until December 15, 2017. D.I. 142.

4. On December 15, 2017, Holoman filed his Answer and Defenses to Amended Complaint. D.I. 150.

5. On December 15, 2017, Bridges filed the Bridges Answer. D.I. 151.

6. Paragraphs 1 and 2 of Bridges's Crossclaims in the Bridges' Answer purport to assert cross-claims against all co-defendants for contribution, reduction, set-off and/or indemnification.

7. Any and all cross-claims as set forth in the Bridges Answer are hereby DENIED in their entirety.

8. Any cross-claims are further DENIED to the extent Bridges has failed to state any grounds upon which cross-claims may be asserted pursuant to Fed. R. Civ. P. 13 as made applicable by Fed. R. Bankr. P. 7013.

9. Nothing in this response shall limit or alter the rights of Holoman in this Adversary Proceeding, including with respect to his response to the Amended Complaint. D.I. 150. This limited response is being submitted solely to comply with the requirements of Rule 7012(a) of the Federal Rules of Bankruptcy Procedure.

                                            ROSS ARONSTAM & MORITZ LLP

                                            */s/ S. Michael Sirkin*
                                            S. Michael Sirkin (Bar No. 5389)
                                            100 South West Street, Suite 400
                                            Wilmington, Delaware  19801
                                            Telephone:  (302) 576-1600
                                            E-mail: msirkin@ramllp.com

Dated:  January 5, 2018                        *Counsel to Defendant Eric Holoman*