# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CITADEL WATFORD DISPOSAL PARTNERS, L.P. *et al.*,[1] | ) ) | Case No. 15-11323 (KJC) (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| GAVIN SOLMONESE, LIQUIDATION TRUSTEE FOR THE CITADEL CREDITORS' GRANTOR TRUST, Successor to Citadel Watford City Disposal Partners, L.P., *et al.* | ) ) ) ) ) | |
| | ) | Adv. Pro. No. 17-50024 (KJC) |
| Plaintiffs, | ) | |
| v. | ) ) | |
| CITADEL ENERGY PARTNERS, LLC, *et al.* | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that all briefing has been completed with regard to the Motion of Defendant Mark Dunaway to Dismiss the Amended Complaint (the "Motion"). The following filed documents are relevant to the Motion and will be delivered to Chambers with this Notice of Completion of Briefing:

**Motion to Dismiss Pleadings:**

1. Motion of Defendant Mark Dunaway to Dismiss the Amended Complaint (with Proposed Order) [Adv. D.I. 143, December 6, 2017];

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is PO Box 2127, Watford City, North Dakota 58854.

2. Opening Brief in Support of Motion of Mark Dunaway to Dismiss Amended Complaint (with Exhibits A through D) [Adv. D.I. 144, December 6, 2017];

3. Objection of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, Successor to Citadel Watford City Disposal Partners, L.P., et al., to Defendant Mark Dunaway's Motion to Dismiss [Adv. D.I. 163, January 12, 2018];

4. Reply Brief in Response to the Objection of the Liquidation Trustee and in Further Support of Motion of Mark Dunaway to Dismiss Amended Complaint [Adv. D.I. 170, January 19, 2018];

**Related/Relevant Filings**:

5. Amended Complaint [Adv. D.I. 121, November 6, 2017].

6. Objection of Debtors to Motion of Nathan Dahl for Relief From the Automatic Stay to Continue Eviction Proceedings Related to Saltwater Injection and Surface Use Lease Dated September 12, 2013 [Bkr. D.I. 44, October 9, 2015]

7. Joint Pre-Trial Memorandum Regarding the Motion of the United States Trustee's Motion for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [Bkr. D.I. 152-1, September 14, 2015];

8. Order (1) Authorizing and Approving the Sale of Substantially All of the Assets of the Debtors Free and Clear of Liens, Claims, Encumbrances and Other Interests; (2) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Therefore; and (3) Granting Related Relief [Bkr. D.I. 240, February 10, 2016];

9. Status Report [Bkr. D.I. 45, October 9, 2015].

Dated: January 31, 2018

**COOCH AND TAYLOR, P.A.**

    */s/ R. Grant Dick IV*
Robert W. Pedigo (DE No. 4047)
R. Grant Dick, IV (DE No. 5123)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: 302.984.3800
Facsimile: 302.984.3939
rpedigo@coochtaylor.com
gdick@coochtaylor.com
*Counsel for Defendant Mark Dunaway*