UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CITADEL WATFORD CITY DISPOSAL<br>PARTNERS, L.P., *et al.*, [1]<br><br>Debtors. | CHAPTER 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| GAVIN/SOLMONESE LLC, LIQUIDATION<br>TRUSTEE for the CITADEL CREDITORS' GRANTOR<br>TRUST, successor to Citadel Watford City Disposal<br>Partners, L.P. *et al*<br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, *et al.*,<br>Defendants. | Adv. Case No. 17-50024 (KJC) |

## ORDER REGARDING DISCOVERY
## AND PRETRIAL SCHEDULING ORDER

**AND NOW**, this 2nd day of February, 2018, after a status hearing held on January 31, 2018, and after reviewing the completion of briefing binders for the motions to dismiss the amended complaint filed by Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC (Adv. D.I. 147) and Defendant Mark Dunaway (Adv. D.I. 143) (the "Motions to Dismiss"), I have determined that discovery should proceed while the Motions to Dismiss are pending; therefore

**IT IS HEREBY ORDERED** that:

1. Counsel should confer with all defendants and submit under certification of counsel a pretrial scheduling order consistent with Local Bankruptcy Rule 7016-1; and

---

[1] The chapter 11 cases of the following Debtors are jointly administered: Citadel Energy Services, LLC; Pembroke Fields, LLC; Citadel Energy SWD Holdings, LLC; and Citadel Watford City Disposal Partners, LP (the "Debtors").

2. Any disagreement among the parties regarding the contents of the pretrial scheduling order will be heard by telephone conference on **February 15, 2018** at **11:00 a.m. (ET)**.

3. Parties may file letters setting forth their positions on any disagreement regarding the contents of the pretrial scheduling order no later than three (3) days prior to the telephone conference so that the letters can be submitted to chambers along with an appropriate hearing agenda.

BY THE COURT:

KEVIN J. CAREY
UNITED STATES BANKRUPTCY COURT

cc: Johnna M. Darby, Esquire [2]

---

[2] Counsel is directed to serve a copy of this Order on interested parties and certify same to this Court.

2