# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>Defendants. | Adv. Proc. No. 17-50024 (KJC)<br><br>D.I. 179 |

## SCHEDULING ORDER

The following schedule shall apply in the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

1. Any extension of time to file a responsive pleading shall be governed by Del. Bankr. L.R. 7012-2. No responsive pleading is presently due from the defendants with motions to dismiss pending, and those defendants' rights in connection with

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

1

responsive pleadings are preserved.

2. The discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, shall take place no later than fourteen (14) days after entry of this Scheduling Order.

3. The parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than twenty-one (21) days after the date of this Order. Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

4. All fact discovery shall be served so as to be completed no later than two hundred forty (240) days after entry of this Scheduling Order.

5. Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than two hundred sixty (260) days after entry of this Scheduling Order. Any Party's expert report intended to rebut any expert report served in accordance with the terms above shall be provided no later than three hundred twenty (320) days after the entry of this Scheduling Order. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than three hundred eighty (380) days after entry of this Scheduling Order.

6. All dispositive motions shall be filed and served no later than thirty (30) days after the close of all discovery (the "Dispositive Motion Deadline") and shall be subject to Del. Bankr. L.R. 7007-1.

7. All parties' rights to request a separate trial under Rule 42(b) are preserved.

8. The Parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the Adversary Proceeding at any time prior to a Party filing a Notice of Completion of Briefing regarding its dispositive motion. Unless the Parties seek leave of this Court, the Parties shall conduct at least one mediation on a collective basis with all non-settling Parties, which mediation shall occur prior to any other mediations required by this Scheduling Order.

9. Any mediator appointed in this Adversary Proceeding shall file a report as to the result of the mediation (the "Mediation Report") within ten (10) days of the conclusion of the mediation.

10. Upon the later of the filing of the Mediation Report or the last-filed Notice of Completion of Briefing regarding a dispositive motion, the Plaintiff shall obtain a hearing date as soon as the Court's calendar permits. The purpose of the post-mediation hearing contemplated in this paragraph shall be for the purposes of establishing a trial date for all remaining matters and to establish the deadline for submission of the Joint Pretrial Memorandum.

11. The parties shall comply with the General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin J. Carey.

12. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or

other modification of the trial setting.

13. Deadlines contained in this Scheduling Order may be extended via mutual stipulation by the Parties, subject to Court approval. Any party may seek Court approval of non-stipulated extensions upon written motion for good cause shown.

14. The Plaintiff shall serve this Scheduling Order on Defendants within five (5) business days after the entry of this Order.

Dated: _Jul 12_, 2018

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

4

{12058-002 ORD A0498576.DOCX}