**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Citadel Watford Disposal Partners, L.P., *et al.*, | ) ) ) | Case No. 15-11323 (KJC) |
| Debtors. | ) ) ) | (Jointly Administered) |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.*, | ) ) ) ) ) ) | Adv. Pro. No. 17-50024 (KJC) |
| Plaintiff, | ) ) ) | **DEFENDANT LOUIS BRIDGES' INITIAL DISCLOSURES** |
| v. | ) ) | **TRIAL BY JURY DEMAND** |
| Citadel Energy Partners, LLC, *et al.*, | ) ) ) | |
| Defendants, | ) ) | |

**DEFENDANT LOUIS BRIDGES' INITIAL DISCLOSURES**

Defendant Louis Bridges ("Bridges" or "Defendant"), by his undersigned attorneys, makes the following Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7026. In making these disclosures, Bridges expressly reserves and does not waive any applicable privilege, protection from disclosure, or argument concerning discoverability or admissibility at trial. Bridges reserves the right to amend these disclosures, if and as necessary, as discovery progresses in this case.

Discovery and Bridges' investigation of this matter is ongoing and these disclosures contain only the information and description of documents reasonably known or ascertainable as

of the date of the disclosures. Bridges reserves the right to supplement or amend these initial disclosures based on information learned through the course of discovery of this matter. Rule 7026(a)(1) Initial Disclosures.

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE: Bridges incorporates the responses contained in the Liquidation Trustee's Initial Disclosures and in the Initial Disclosures of the other named defendants in this adversary proceeding. In addition to those disclosures, Bridges identifies the following individuals:**

**Louis Bridges**
**Mr. Bridges may have discoverable information regarding the claim asserted against him in the Amended Complaint and the alleged facts underlying those claims.**

(ii) A copy or a description by category and location of all documents, electronically stored information, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

a. **Documents from the files of Bridges produced to the Liquidation Trustee pursuant to an informal request for production;**

b. **Documents in possession, custody or control of the Liquidation Trustee and/or the Debtors;**

c. **Documents in the possession, custody or control of the other defendants in this adversary proceeding;**

d. **Investigation continues. By way of further response, Bridges may support his claims or defenses through the use of one or more of the documents produced by the Liquidation Trustee, other parties, or third parties. Bridges may also support his claims or defenses through the use of publicly available documents. Bridges reserves the right to supplement or amend this disclosure as discovery reveals additional categories of documents on which Bridges may rely.**

(iii) A computation of any category of damages claimed by the disclosing party – who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation

20524619v.1

is based, including materials bearing on the nature and extent of injuries suffered;

  **RESPONSE: Not applicable.**

  (iv) For inspection and copying under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  **RESPONSE: Bridges is insured under a professional liability policy under which he has sought coverage for the claims asserted against in this action. This insurance policy will be produced upon request.**

Date: March 6, 2018        **WHITE AND WILLIAMS LLP**

               /s/ *John D. Balaguer*

               John D. Balaguer (#2537)
               Nicholas Wynn (Bar No. 5670)
               White and Williams LLP
               Courthouse Square
               600 North King Street, Suite 800
               Wilmington, DE 19801
               Phone: 302-467-4501

               /s/ *Joseph G. Gibbons*

               Joseph G. Gibbons
               1650 Market Street
               One Liberty Place
               Suite 1800
               Philadelphia, PA 19103-7395
               Phone: 215-864-7074

               *Counsel for Louis Bridges*