# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 15-11323 (KJC) |
| Citadel Watford City Disposal Partners, L.P., | : |
| et al.,[1] | : (Jointly Administered) |
|  | : |
| Debtors. | : |
|  | : |
|  | : |
| Gavin/Solmonese LLC, Liquidation Trustee for | : |
| the Citadel Creditors' Grantor Trust, successor | : |
| to Citadel Watford City Disposal Partners, L.P., | : |
| et al., | : |
|  | : |
| Plaintiff, | : Adv. Pro. No. 17-50024 (KJC) |
|  | : |
| v. | : |
|  | : |
| Citadel Energy Partners, LLC, et al., | : |
|  | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH
## PREJUDICE SOLELY AS TO DEFENDANT NICHOLAS TEMPLE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), made applicable by Fed. R. Bankr. P. 7041, Plaintiff Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., through its undersigned counsel, hereby dismisses Defendant Nicholas Temple as a party defendant from the above-captioned adversary proceeding with prejudice, each party to bear its own costs.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

Dated:  April 11, 2018

**SHAW FISHMAN GLANTZ
    & TOWBIN LLC**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Avenue, Suite 1370
Wilmington, Delaware 19801
Telephone:  (302) 691-3774
E-mail:  thoran@shawfishman.com
E-mail:  jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
Email:  ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC,
Liquidation Trustee*