# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors.<br><br>Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>Defendants. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 17-50024 (KJC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## SOLELY AS TO DEFENDANT ERIC HOLOMAN

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), made applicable by Fed. R. Bankr. P. 7041, Plaintiff Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., and Defendant Eric Holoman, through their undersigned counsel, hereby stipulate to dismiss Defendant Eric Holoman as a party defendant from the above-captioned adversary proceeding with prejudice, each party to bear its own costs.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 NTC A0506096.DOC}

Date: May 7, 2018                                           Date: May 7, 2018

| | |
|---|---|
| **SHAW FISHMAN GLANTZ & TOWBIN LLC**<br><br>/s/ Johnna M. Darby<br>Thomas M. Horan (DE Bar No. 4641)<br>Johnna M. Darby (DE Bar No. 5153)<br>300 Delaware Avenue, Suite 1370<br>Wilmington, Delaware 19801<br>Telephone: (302) 691-3774<br>E-mail: thoran@shawfishman.com<br>E-mail: jdarby@shawfishman.com<br><br>-and-<br><br>Allen J. Guon<br>Allison Hudson<br>321 N. Clark Street, Suite 800<br>Chicago, Illinois 60654<br>Telephone: (312) 541-0151<br>E-mail: aguon@shawfishman.com<br>Email: ahudson@shawfishman.com<br><br>*Counsel to Gavin/Solmonese LLC, Liquidation Trustee* | **ROSS ARONSTAM & MORITZ LLP**<br><br> /s/ Adam D. Gold<br>S. Michael Sirkin (DE Bar No. 5389)<br>Adam D. Gold (DE Bar No. 6412)<br>100 South West Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 576-1600<br>E-mail: msirkin@ramllp.com<br>            agold@ramllp.com<br><br>*Counsel to Defendant Eric Holoman* |