# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>　　　　　Defendants. | Adv. Pro. No. 17-50024 (KJC)<br><br>**Re: D.I. 193** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust (the "Liquidation Trustee"), successor to Citadel Watford City Disposal Partners, L.P., et al., hereby withdraws the document filed in the above-referenced adversary proceeding at docket index number 193.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 NTC A0508385.DOCX}

| | |
|---|---|
| Dated: June 1, 2018 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Avenue, Suite 1370
Wilmington, Delaware 19801
Telephone: (302) 691-3774
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
Email: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*