# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>Defendants. | Adv. Pro. No. 17-50024 (KJC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
SOLELY AS TO PLAINTIFF'S CLAIMS AGAINST
DEFENDANT ERIC HOLOMAN**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), made applicable by Fed. R. Bankr. P. 7041, Plaintiff Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., and Defendant Eric Holoman, through their undersigned counsel, hereby stipulate to dismiss Plaintiff's claims against Defendant Eric Holoman in the above-captioned adversary proceeding with prejudice, each party to bear its own costs. The co-defendants' cross claims against Mr. Holoman are not dismissed by this stipulation.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC

{12058-002 STI A0508212.DOC 2}

<table>
</table>

| | |
|---|---|
| Date: June 1, 2018 | Date: June 1, 2018 |
| **SHAW FISHMAN GLANTZ & TOWBIN LLC** | **ROSS ARONSTAM & MORITZ LLP** |
| /s/ Johnna M. Darby | /s/ Adam D. Gold |
| Thomas M. Horan (DE Bar No. 4641) | S. Michael Sirkin (DE Bar No. 5389) |
| Johnna M. Darby (DE Bar No. 5153) | Adam D. Gold (DE Bar No. 6412) |
| 300 Delaware Avenue, Suite 1370 | 100 South West Street, Suite 400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 691-3774 | Telephone: (302) 576-1600 |
| E-mail: thoran@shawfishman.com | E-mail: msirkin@ramllp.com |
| E-mail: jdarby@shawfishman.com | agold@ramllp.com |
| | |
| -and- | *Counsel to Defendant Eric Holoman* |
| | |
| Allen J. Guon | |
| Allison Hudson | |
| 321 N. Clark Street, Suite 800 | |
| Chicago, Illinois 60654 | |
| Telephone: (312) 541-0151 | |
| E-mail: aguon@shawfishman.com | |
| Email: ahudson@shawfishman.com | |
| | |
| *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* | |
| **ELZUFON AUSTIN & MONDELL, P.A.** | **WHITE AND WILLIAMS LLP** |
| /s/ Peter C. McGivney | /s/ John D. Balaguer |
| John A. Elzufon (Bar No. 177) | John D. Balaguer (DE Bar No. 2537) |
| Peter C. McGivney (Bar No. 5779) | Nicholas R. Wynn (DE Bar No. 5670) |
| 300 Delaware Ave., Suite 1700 | 600 N. King Street, Suite 800 |
| P.O. Box 1630 | Wilmington, DE 19801-3722 |
| Wilmington, DE 19899-1630 | Telephone: (302) 467-4501 |
| Telephone: (302) 428-3181 | Email: balaguerj@whiteandwilliams.com |
| E-mail: jelzufon@elzufon.com | wynnn@whiteandwilliams.com |
| pmcgivney@elzufon.com | |
| | *Counsel for Defendant, Law Offices of Louis E. Bridges, LLC* |
| *Counsel to Defendant Jonathon P. Reuben, C.P.A.* | |

---

(5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-002 STI A0508212.DOC 2}                    2

| | |
|---|---|
| **COOCH & TAYLOR P.A.** | **MACAULEY LLC** |
| /s/ R. Grant Dick IV | /s/ Thomas G. Macauley |
| Robert Wm. Pedigo (DE Bar No. 4047) | Thomas G. Macauley (DE Bar No. 3411) |
| R. Grant Dick IV (DE Bar No. 5123) | 300 Delaware Avenue, Suite 1018 |
| The Brandywine Building | Wilmington, DE 19801 |
| 1000 West Street, 10th Floor | Telephone: (302) 656-0100 |
| Wilmington, DE 19801 | Email: tm@macdelaw.com |
| Telephone: (302) 984-3800 | |
| Email: rpedigo@coochtaylor.com | *Attorneys for Defendants Carl Coward, Alastair* |
| Email: gdick@coochtaylor.com | *Smith and North Dakota Water Partners, LLC* |
| *Counsel for Defendant Mark Dunaway* | |