# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : | Case No. 15-11323 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 17-50024 (KJC) |
| | : | |
| Citadel Energy Partners, LLC, et al., | : | |
| | : | |
| Defendants. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 17-50650 (KJC) |
| | : | |
| Jonathon P. Reuben, C.P.A., a California accountancy corporation, | : | |
| | : | |
| Defendant. | : | |

## RULE 37(d) CERTIFICATION

I, Johnna M. Darby hereby certify that she has attempted in good faith to resolve the discovery issues identified in the instant Motion as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

64264449.v5-9/21/18

1.	On June 14, 2018, the Liquidation Trustee served its Discovery Requests on Defendant.[2]  Defendant's responses to the Discovery Requests were due on or before July 14, 2018.

2.	On July 20, 2018, I wrote to counsel for the Defendant to request Defendant's responses to the Discovery Requests.

3.	Having received no response to my July 20 email, on July 23, 2018, I wrote to Defendant's counsel requesting a response.

4.	On July 24, 2018, counsel for the Defendant responded to my July 20, 2018 email. He informed he was swamped with another case and, as a result, had not had time to review the requests with his client.  Defendant's counsel requested an additional thirty (30) days to respond to the requests, to which counsel for the Liquidation Trustee agreed.  Defendant's responses to the Discovery Requests were due on August 23, 2018.

5.	Defendant did not respond to the Discovery Requests.

6.	On August 27, 2018, I emailed counsel for Defendant to request Defendant's responses.  Counsel for the Defendant did respond to my August 27, 2018 email.

7.	On September 3, 2018, I wrote to counsel for Defendant and requested a response to the August 27, 2018 email by close of business September 4, 2018.  Counsel for the Defendant did not respond to the September 3, 2018 email.

---

[2] Capitalized terms used herein are used as defined in the Motion filed contemporaneously herewith.

Despite the efforts described in this Certification and the Motion, I have been unable to resolve the issues presented by the Motion.

| | |
|---|---|
| Dated: September 21, 2018 | **FOX ROTHSCHILD LLP** |

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
919 N. Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: jdarby@foxrothschild.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*