**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Citadel Watford Disposal Partners, L.P., *et al.*, | ) | Case No. 15-11323 (KJC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.*, | ) ) ) ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | Adv. Pro. No. 17-50024 (KJC) |
| v. | ) |  |
|  | ) |  |
| Citadel Energy Partners, LLC, *et al.*, | ) |  |
|  | ) |  |
| Defendants, | ) |  |
|  | ) |  |

**NOTICE OF SERVICE**

I hereby certify that on October 10, 2018, I caused a copy of LOUIS BRIDGES' REQUESTS FOR ADMISSION AND CORRESPONDING INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO GAVIN/SOLMONESE LLC, LIQUIDATION TRUSTEE FOR THE CITADEL CREDITORS' GRANTOR TRUST to be served upon the following via electronic mail:

Johnna Darby
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax

21625126v.1

jdarby@foxrothschild.com
www.foxrothschild.com

and

Allen J. Guon
Allison Hudson
321 N. Clark Street
Suite 800
Chicago, IL 60654
aguon@foxrothschild.com
ahudson@foxrothschild.com

**WHITE AND WILLIAMS LLP**

/s/ *John D. Balaguer*

_____

John D. Balaguer (#2537)
Nicholas Wynn (Bar No. 5670)
White and Williams LLP
Courthouse Square
600 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302-467-4501
*Counsel for Louis Bridges*

21625126v.1