# EXHIBIT B

22506181v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>Defendants. | Adv. Proc. No. 17-50024 (KJC) |

## SCHEDULING ORDER

The following schedule shall apply to each of the above-captioned adversary proceedings (the "Adversary Proceedings").

**IT IS HEREBY ORDERED** that:

---

[3] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

22506181v.1

1.  Any extension of time to file a responsive pleading is not effective unless approved by an order of the Court.

2.  Any expert report required pursuant to Federal Rule 26(a)(2)(B), made applicable to the above-captioned Adversary Proceeding shall be served by the party with the burden of proof for that issue no later than **January 31, 2019**. Any Party's expert report intended to rebut any expert report served in accordance with the terms above shall be provided no later than **April 26, 2019**. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than **May 31, 2019**.

3.  All dispositive motions shall be filed and served no later than **July 1, 2019** and shall be subject to Del. Bankr. L.R. 7007-1

4.  Mediation shall occur on or before June 21, 2019.

5.  The Parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the Adversary Proceeding at any time prior to a Party filing a Notice of Completion of Briefing regarding its dispositive motion. Unless the Parties seek leave of this Court, the Parties shall conduct at least one mediation on a collective basis with all non-settling Parties, which mediation shall occur prior to any other mediations required by the Scheduling Order.

6.  Any mediator appointed in this Adversary Proceeding shall file a report as to the result of the mediation (the "Mediation Report") within ten (10) days of the conclusion of the mediation.

7.  Upon the later of the filing of the Mediation Report of the last filed Notice of Completion of Briefing regarding a dispositive motion, Plaintiff shall obtain a hearing date as soon as the Court's calendar permits. The purpose of the post mediation hearing contemplated in this

paragraph shall be for the purposes of establishing a trial date for all remaining matters and to establish the deadline for submission of the Joint Pretrial Memorandum.

8.  The parties shall comply with the General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin J. Carey.

9.  The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to the Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

10. Deadlines contained in this Scheduling Order may be extended via mutual stipulation by the Parties, subject to Court approval.  Any party may seek Court approval of non-stipulated extensions upon written motion for good cause shown.

Dated:_____, 2019        _____
                                             The Honorable Kevin J. Carey
                                             United States Bankruptcy Judge

22506181v.1