# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Citadel Watford City Disposal Partners, L.P., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-11323 (KJC) <br><br> (Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., <br><br> Plaintiff, <br><br> v. <br><br> Citadel Energy Partners, LLC, et al., <br><br> Defendant. | Adv. Proc. No. 17-50024 (KJC) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., <br><br> Plaintiff, <br><br> v. <br><br> Law Offices of Louis E. Bridges, LLC, a Georgia limited liability company, <br><br> Defendant. | Adv. Pro. No. 17-50648 (KJC) |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

| | |
|---|---|
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al</u>., : : : : : Plaintiff, : : v. : : Jonathon P. Reuben, C.P.A., : : Defendant. : | Adv. Pro. No. 17-50650 (KJC) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., : : : : : Plaintiff, : : v. : : Mark Dunaway, : : Defendant. : | Adv. Pro. No. 17-50651 (KJC) |

**STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al</u>., (the "Liquidation Trustee") and various defendants executing this stipulation (collectively, the "Defendants") (the Liquidation Trustee and the Defendants collectively referred to herein as the "Parties") in the above-captioned adversary proceedings hereby stipulate to the appointment of Ian Connor Bifferato of The Bifferato Firm P.A. (the "Mediator"), a mediator as identified in the Register of Mediators and Arbitrators Pursuant to Local Rule 9019-4 (as amended form time to time) that is available on this Court's website, as Mediator in the above-referenced adversary proceedings, and further consent to the entry of an order substantially in the form attached hereto as Exhibit A approving this Stipulation.

Date: April 10, 2019

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **WHITE AND WILLIAMS LLP** |
| /s/ Johnna M. Darby | /s/ Nicholas R. Wynn |
| Thomas M. Horan (DE Bar No. 4641) | John D. Balaguer (DE Bar No. 2537) |
| Johnna M. Darby (DE Bar No. 5153) | Nicholas R. Wynn (DE Bar No. 5670) |
| 919 N. Market Street, Suite 300 | 600 N. King Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801-3722 |
| Telephone: (302) 654-7444 | Telephone: (302) 467-4501 |
| E-mail: thoran@foxrothschild.com | Email: balaguerj@whiteandwilliams.com |
| E-mail: jdarby@foxrothschild.com | wynnn@whiteandwilliams.com |
| *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* | *Counsel for Defendants Louis Bridges and Law Offices of Louis E. Bridges, LLC* |

| | |
|---|---|
| **ELZUFON AUSTIN & MONDELL, P.A.** | **COOCH & TAYLOR P.A.** |
| /s/ Gary W. Alderson | /s/ R. Grant Dick IV |
| John A. Elzufon (Bar No. 177) | Robert Wm. Pedigo (DE Bar No. 4047) |
| Gary W. Alderson (Bar No. 3895) | R. Grant Dick IV (DE Bar No. 5123) |
| 300 Delaware Ave., Suite 1700 | The Brandywine Building |
| P.O. Box 1630 | 1000 West Street, 10th Floor |
| Wilmington, DE 19899-1630 | Wilmington, DE 19801 |
| Telephone: (302) 504-3221 | Telephone: (302) 984-3800 |
| E-mail: jelzufon@elzufon.com | Email: rpedigo@coochtaylor.com |
| galderson@elzufon.com | Email: gdick@coochtaylor.com |
| *Counsel to Defendant Jonathon P. Reuben, C.P.A.* | *Counsel for Defendant Mark Dunaway* |

**MACAULEY LLC**

/s/ Thomas G. Macauley
Thomas G. Macauley (DE Bar No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Telephone: (302) 656-0100
Email: tm@macdelaw.com

*Attorneys for Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC*