**EXHIBIT A**

92665617.v1-4/10/19

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 15-11323 (KJC) |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | Adv. Proc. No. 17-50024 (KJC) |
| | : | |
| v. | : | |
| | : | |
| Citadel Energy Partners, LLC, et al., | : | |
| | : | |
| Defendant. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 17-50648 (KJC) |
| | : | |
| Law Offices of Louis E. Bridges, LLC, a Georgia limited liability company, | : | |
| | : | |
| Defendant. | : | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

| | |
|---|---|
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., : : : : : : Plaintiff, : : v. : Adv. Pro. No. 17-50650 (KJC) : Jonathon P. Reuben, C.P.A., : : Defendant. : | |

Gavin/Solmonese LLC, Liquidation   :
Trustee for the Citadel Creditors' Grantor   :
Trust, successor to Citadel Watford City   :
Disposal Partners, L.P., et al.,   :
   :
         Plaintiff,   :
   :
v.   :   Adv. Pro. No. 17-50651 (KJC)
   :
Mark Dunaway,   :
   :
         Defendant.   :

## ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF MEDIATOR

The Court having considered the Stipulation Regarding Appointment of Mediator (the "Stipulation") dated _____, 2019, filed by Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., (the "Liquidation Trustee") and various defendants (collectively, the "Defendants") (the Liquidation Trustee and the Defendants collectively referred to herein as the "Parties"), a copy of which is attached hereto as Exhibit 1; and finding that approval of the Stipulation is in the best interest of the Parties; and in order to promote the efficient and expeditious disposition of the above-captioned adversary proceeding:

92665617.v1-4/10/19

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Ian Connor Bifferato of The Bifferato Firm, P.A. shall serve as the mediator.

Date:_____

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

# **EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Citadel Watford City Disposal Partners, L.P., <u>et al.</u>,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-11323 (KJC) <br><br> (Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u>, <br><br> Plaintiff, <br><br> v. <br><br> Citadel Energy Partners, LLC, et al., <br><br> Defendant. | Adv. Proc. No. 17-50024 (KJC) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u>, <br><br> Plaintiff, <br><br> v. <br><br> Law Offices of Louis E. Bridges, LLC, a Georgia limited liability company, <br><br> Defendant. | Adv. Pro. No. 17-50648 (KJC) |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

| | |
|---|---|
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., : : : : : | |
| Plaintiff, : : | |
| v. : : | Adv. Pro. No. 17-50650 (KJC) |
| Jonathon P. Reuben, C.P.A., : : : | |
| Defendant. : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., : : : : : | |
| Plaintiff, : : | |
| v. : : | Adv. Pro. No. 17-50651 (KJC) |
| Mark Dunaway, : : | |
| Defendant. : | |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., (the "Liquidation Trustee") and various defendants executing this stipulation (collectively, the "Defendants") (the Liquidation Trustee and the Defendants collectively referred to herein as the "Parties") in the above-captioned adversary proceedings hereby stipulate to the appointment of Ian Connor Bifferato of The Bifferato Firm P.A. (the "Mediator"), a mediator as identified in the Register of Mediators and Arbitrators Pursuant to Local Rule 9019-4 (as amended form time to time) that is available on this Court's website, as Mediator in the above-referenced adversary proceedings, and further consent to the entry of an order substantially in the form attached hereto as Exhibit A approving this Stipulation.

92665617.v1-4/10/19

Date: April 10, 2019

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **WHITE AND WILLIAMS LLP** |
| /s/ Johnna M. Darby | /s/ Nicholas R. Wynn |
| Thomas M. Horan (DE Bar No. 4641) | John D. Balaguer (DE Bar No. 2537) |
| Johnna M. Darby (DE Bar No. 5153) | Nicholas R. Wynn (DE Bar No. 5670) |
| 919 N. Market Street, Suite 300 | 600 N. King Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801-3722 |
| Telephone: (302) 654-7444 | Telephone: (302) 467-4501 |
| E-mail: thoran@foxrothschild.com | Email: balaguerj@whiteandwilliams.com |
| E-mail: jdarby@foxrothschild.com | wynnn@whiteandwilliams.com |
| *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* | *Counsel for Defendants Louis Bridges and Law Offices of Louis E. Bridges, LLC* |
| **ELZUFON AUSTIN & MONDELL, P.A.** | **COOCH & TAYLOR P.A.** |
| /s/ Gary W. Alderson | /s/ R. Grant Dick IV |
| John A. Elzufon (Bar No. 177) | Robert Wm. Pedigo (DE Bar No. 4047) |
| Gary W. Alderson (Bar No. 3895) | R. Grant Dick IV (DE Bar No. 5123) |
| 300 Delaware Ave., Suite 1700 | The Brandywine Building |
| P.O. Box 1630 | 1000 West Street, 10th Floor |
| Wilmington, DE 19899-1630 | Wilmington, DE 19801 |
| Telephone: (302) 504-3221 | Telephone: (302) 984-3800 |
| E-mail: jelzufon@elzufon.com | Email: rpedigo@coochtaylor.com |
| galderson@elzufon.com | Email: gdick@coochtaylor.com |
| *Counsel to Defendant Jonathon P. Reuben, C.P.A.* | *Counsel for Defendant Mark Dunaway* |

**MACAULEY LLC**

/s/ Thomas G. Macauley
Thomas G. Macauley (DE Bar No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Telephone: (302) 656-0100
Email: tm@macdelaw.com

*Attorneys for Defendants Carl Coward, Alastair Smith and North Dakota Water Partners, LLC*