## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | Case No. 15-11323 (KJC) |
| Debtors. | (Jointly Administered) |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | |
| Plaintiff, | Adv. Proc. No. 17-50024 (KJC) |
| v. | |
| Citadel Energy Partners, LLC, et al., | |
| Defendant. | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-50648 (KJC) |
| Law Offices of Louis E. Bridges, LLC, a Georgia limited liability company, | |
| Defendant. | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

| | |
|---|---|
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Adv. Pro. No. 17-50650 (KJC) <br> : |
| Jonathon P. Reuben, C.P.A., | : <br> : |
| Defendant. | : |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Adv. Pro. No. 17-50651 (KJC) <br> : |
| Mark Dunaway, | : <br> : |
| Defendant. | : |

## ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF MEDIATOR

The Court having considered the Stipulation Regarding Appointment of Mediator (the "Stipulation") dated 4/10/\_\_\_\_\_, 2019, filed by Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., (the "Liquidation Trustee") and various defendants (collectively, the "Defendants") (the Liquidation Trustee and the Defendants collectively referred to herein as the "Parties"), a copy of which is attached hereto as Exhibit 1; and finding that approval of the Stipulation is in the best interest of the Parties; and in order to promote the efficient and expeditious disposition of the above-captioned adversary proceeding:

92665617.v1-4/10/19

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Ian Connor Bifferato of The Bifferato Firm, P.A. shall serve as the mediator.

Date: April 15, 2019

Honorable Kevin J. Carey
United States Bankruptcy Judge