**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| Citadel Watford City Disposal Partners, | : Case No. 15-11323 (KJC) |
| L.P., et al.,[1] | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : |
| Gavin/Solmonese LLC, Liquidation | : |
| Trust for the Citadel Creditors' Grantor | : |
| Trust, successor to Citadel Watford City | : |
| Disposal Partners, L.P., et al., | : |
|  | : |
| Plaintiff, | : Adv. Proc. No. 17-50024 (KJC) |
|  | : |
| v. | : |
|  | : |
| Citadel Energy Partners, LLC, et al., | : |
|  | : |
| Defendant. | : |
| Gavin/Solmonese LLC, Liquidation | : |
| Trust for the Citadel Creditors' Grantor | : |
| Trust, successor to Citadel Watford City | : |
| Disposal Partners, L.P., et al., | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Adv. Pro. No. 17-50648 (KJC) |
|  | : |
| Law Offices of Louis E. Bridges, LLC, a | : |
| Georgia limited liability company, | : |
|  | : |
| Defendant. | : |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

Gavin/Solmonese LLC, Liquidation : 
Trustee for the Citadel Creditors' Grantor : 
Trust, successor to Citadel Watford City : 
Disposal Partners, L.P., <u>et</u> <u>al</u>., :

          Plaintiff, :

v.                       :     Adv. Pro. No. 17-50650 (KJC)

Jonathon P. Reuben, C.P.A., :

          Defendant. :

Gavin/Solmonese LLC, Liquidation : 
Trustee for the Citadel Creditors' Grantor : 
Trust, successor to Citadel Watford City : 
Disposal Partners, L.P., et al., :

          Plaintiff, :

v.                       :     Adv. Pro. No. 17-50651 (KJC)

Mark Dunaway, :

          Defendant. :

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et</u> <u>al</u>., (the "Liquidation Trustee") and various defendants executing this stipulation (collectively, the "Defendants") (the Liquidation Trustee and the Defendants collectively referred to herein as the "Parties") in the above-captioned adversary proceedings hereby stipulate to the appointment of Ian Connor Bifferato of The Bifferato Firm P.A. (the "Mediator"), a mediator as identified in the Register of Mediators and Arbitrators Pursuant to Local Rule 9019-4 (as amended form time to time) that is available on this Court's website, as Mediator in the above-referenced adversary proceedings, and further consent to the entry of an order substantially in the form attached hereto as Exhibit A approving this Stipulation.

92665617.v1-4/10/19

Date:  April 10, 2019

**FOX ROTHSCHILD LLP**

/s/ Johnna M. Darby
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
919 N. Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: jdarby@foxrothschild.com

*Counsel    to    Gavin/Solmonese    LLC,*
*Liquidation Trustee*

**ELZUFON AUSTIN & MONDELL,**
**P.A.**

/s/ Gary W. Alderson
John A. Elzufon (Bar No. 177)
Gary W. Alderson (Bar No. 3895)
300 Delaware Ave., Suite 1700
P.O.  Box 1630
Wilmington, DE  19899-1630
Telephone:  (302) 504-3221
E-mail: jelzufon@elzufon.com
          galderson@elzufon.com

*Counsel to Defendant Jonathon P. Reuben,*
*C.P.A.*

**MACAULEY LLC**

/s/ Thomas G. Macauley
Thomas G. Macauley (DE Bar No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Telephone:  (302) 656-0100
Email:  tm@macdelaw.com

*Attorneys for Defendants Carl Coward,*
*Alastair Smith and North Dakota Water*
*Partners, LLC*

**WHITE AND WILLIAMS LLP**

/s/ Nicholas R. Wynn
John D. Balaguer (DE Bar No. 2537)
Nicholas R. Wynn (DE Bar No. 5670)
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4501
Email: balaguerj@whiteandwilliams.com
          wynnn@whiteandwilliams.com

*Counsel for Defendants Louis Bridges and*
*Law Offices of Louis E. Bridges, LLC*

**COOCH & TAYLOR P.A.**

/s/ R. Grant Dick IV
Robert Wm. Pedigo (DE Bar No. 4047)
R. Grant Dick IV (DE Bar No. 5123)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE  19801
Telephone:  (302) 984-3800
Email:  rpedigo@coochtaylor.com
Email:  gdick@coochtaylor.com

*Counsel for Defendant Mark Dunaway*