# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 15–11323–KJC |
| Citadel Watford Disposal Partners, L.P., et al. ) | Bankruptcy Chapter: 11 |
| Debtor ) | |
| _____ ) | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P.., et al. ) | |
| Official Committee of Unsecured Creditors ) | |
| Plaintiff ) | Adv. Proc. No.:  17–50024–KJC |
| vs. ) | |
| CITADEL ENERGY PARTNERS, LLC., a Wyoming limited liability company ) | |
| Defendant ) | |

## ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

Pursuant to this Court's Standing Order dated April 7, 2004, RE: Procedures in Adversary Proceedings, Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P.., et al. , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above–captioned adversary proceeding. Upon the foregoing, it is hereby

**ORDERED** that this matter is scheduled for  a date to be determined. ; and it is further

**ORDERED** that the above–captioned adversary proceeding is hereby assigned to mediation; and it is further

**ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further

**ORDERED** that:

   (a) If the parties have stipulated to entry of this order, Ian Connor Bifferato , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,

   (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further

**ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

**ORDERED** that all deadlines as defined in the Scheduling Order Dated 2/12/2018 entered shall apply.

Date:  4/17/19

Kevin J. Carey
Bankruptcy Judge

(VAN–447)