# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | Case No. 15-11323 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | |
| | |
| Plaintiff, | |
| | Adv. Pro. No. 17-50024 (KJC) |
| v. | |
| Citadel Energy Partners, LLC, et al., | **Re: D.I. 259 and 260** |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiff Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. (the "Appellant") appeals to the United States District Court for the District of Delaware from the Opinion [D.I. 259] and the Order [D.I. 260] dated May 2, 2019.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

The names of all parties to the judgment, order, decree from which the Appellant appeals, and the names, addresses, and telephone numbers of their attorneys are:

|   | **Party** | **Address** |
|---|---|---|
| 1. | Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. | Thomas M. Horan (DE Bar No. 4641)<br>Johnna M. Darby (DE Bar No. 5153)<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-7444 |
| 2. | Mark Dunaway | Robert W. Pedigo<br>R. Grant Dick, IV<br>Cooch and Taylor, P.A.<br>1000 West Street 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800 |
| 3. | Jonathon P. Reuben, P.C. | John A. Elzufon<br>Loren R. Barron<br>Gary Alderson<br>Elzufon Austin Tarlov & Mondell, PA<br>300 Delaware Ave., Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899<br>Telephone: (302) 428-3181 |
| 4. | Louis Bridges | John D. Balaguer<br>Nicholas Wynn<br>White and Williams LLP<br>Courthouse Square<br>600 North King Street, Suite 800<br>Wilmington, DE 19801<br>Phone: (302) 467-4501 |

In accordance with Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached as Exhibit 1. A copy of the Opinion is attached as Exhibit 2. This Notice of Appeal is accompanied by the prescribed fee.

|  |  |
|---|---|
| Dated: May 16, 2019 | **FOX ROTHSCHILD LLP**<br><br>/s/ Thomas M. Horan<br>Thomas M. Horan (DE Bar No. 4641)<br>Johnna M. Darby (DE Bar No. 5153)<br>919 N. Market Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone:  (302) 654-7444<br>E-mail:  thoran@foxrothschild.com<br>E-mail:  jdarby@foxrothschild.com<br><br>*Counsel to Gavin/Solmonese LLC,*<br>*Liquidation Trustee* |