# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Citadel Watford Disposal Partners, L.P., et al.
    Debtor

_____

Gavin/Solmonese, Liquidation Trustee for the Citadel
Creditors' Grantor Trust, successor to Citadel Watford
Disposal Partners, L.P.., et al. Official Committee of
Unsecured Creditors

    Plaintiff

    vs.

CITADEL ENERGY PARTNERS, LLC., a
Wyoming limited liability company

    Defendant

Bankruptcy Case No.: 15–11323–LSS

Bankruptcy Chapter: 11

Adversary No. 17–50024–LSS

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

Una O'Boyle

Una O'Boyle, Clerk of Court

Date: 5/16/19
(VAN–440a)