IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Citadel Watford City Disposal Partners, L.P., et al.

| | |
|---|---|
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.<br>        Appellant,<br><br>v.<br><br>Mark Dunaway, Jonathon P. Reuben, P.C., and Louis Bridges<br><br>        Appellees. | Civil Action No. 19-915 UNA<br><br><br>Bankruptcy Case No. 17-50024 LSS<br>Bankruptcy Case No. 15-11323 LSS<br>(related) |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 5/2/2019 was docketed in the District Court on 5/16/2019:

**Order Granting Motion of Mark Dunaway to Dismiss Derivative Claims of Amended Complaint dated 5/2/2019**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                        John A. Cerino
                                        Clerk of Court

Date:  5/16/2019
CC.    U.S. Bankruptcy Court
        Counsel via CM/ECF