# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (LSS) |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, et al.,<br><br>Defendants. | Adv. Pro. No. 17-50024 (LSS) |

## MOTION FOR SUMMARY JUDGMENT
## ON BEHALF OF DEFENDANT JONATHON P. REUBEN, C.P.A.

Pursuant to Federal Rule of Civil Procedure 56(a) and Federal Rule of Bankruptcy Procedure 7056, Jonathon P. Reuben, C.P.A. moves for a summary judgment based on the proposition that the Trustee will not be able to establish a *prima facie* case of professional negligence against Reuben because of the Trustee's failure to obtain an expert witness on liability issues.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

Reuben's Opening Brief in Support of his Motion is filed simultaneously herewith.

| | |
|---|---|
| DATED:  Wilmington, Delaware<br>June 19, 2019 | **ELZUFON AUSTIN & MONDELL, P.A.**<br><br>*/s/ John A. Elzufon*<br>JOHN A. ELZUFON – DE Bar ID #177<br>GARY W. ALDERSON – DE Bar ID #3895<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE  19899-1630<br>Telephone: (302) 428-3181<br>Email:  jelzufon@elzufon.com<br>           galderson@elzufon.com<br>*Counsel for Defendant*<br>*Jonathon P. Reuben, C.P.A.* |

G:\Docs\CLIENT\31401\29479\PLEADING\01388248.DOCX