# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., <u>et al.</u>,[1]<br><br>Debtors.<br><br>Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et</u> <u>al</u>.,<br><br>Plaintiff,<br><br>v.<br><br>Citadel Energy Partners, LLC, <u>et al.</u>,<br><br>Defendants. | Chapter 11<br><br>Case No. 15-11323 (LSS)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 17-50024 (LSS) |

## **<u>CERTIFICATION OF COUNSEL REGARDING AMENDED SCHEDULING ORDER</u>**

I, John Balaguer, counsel to the Law Offices of Louis E. Bridges, LLC ("<u>Bridges</u>"), defendant in the above captioned bankruptcy cases and adversary proceeding, hereby certify that:

1. On February 12, 2018, the Court entered a scheduling order (the "<u>Scheduling Order</u>") in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>"). See Adv. D.I. 180.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

23003665v.1

2. On June 18, 2019, Parties participated in mediation which was not immediately successful, however the Parties continue to discuss a possible settlement.

3. The dispositive motion deadline is currently July 1, 2019.

4. The parties have conferred and Plaintiffs and all Defendants have agreed, subject to Court approval, to extend the dispositive motion deadline to August 1, 2019. A blackline of the Scheduling Order with the proposed new date is attached hereto as Exhibit 1. A proposed Amended Scheduling Order incorporating this date is attached hereto as Exhibit 2.

**WHITE AND WILLIAMS LLP**

/s/ *John D. Balaguer*
John D. Balaguer (DE Bar No. 2537)
Nicholas R. Wynn (DE Bar No. 5670)
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4501
Email: balaguerj@whiteandwilliams.com
wynnn@whiteandwilliams.com

*Counsel for Defendant, Law Offices of Louis E. Bridges, LLC*

23003665v.1