# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, LP, et al., | : | Case No.: 15-11323 (KJC) |
| | : | |
| Debtors. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Proc. No.: 17-50024 (KJC) |
| v. | : | |
| | : | |
| Citadel Energy Partners, LLC, et al., | : | |
| | : | |
| Defendants. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Proc. No.: 17-50648 (KJC) |
| v. | : | |
| | : | |
| Law Office of Louis E. Bridges, LLC, a Georgia limited liability company, | : | |
| | : | |
| Defendants. | : | |

## **MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

(1) Counsel (name and party representing):

   Counsel for Plaintiff: Thomas Horan

   Counsel for Defendant Law Offices of Louis E. Bridges, LLC: John Balaguer

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):  N/A

(c)  The outcome of the mediation conference was:

   __X__  The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

   _____  The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

   _____  The following issues remain for this court to resolve:

   _____  The matter has not been resolved and should proceed to trial.

   _____  OTHER:

Dated: July 2, 2019                              Mediator

                                                */s/ Ian Connor Bifferato*
                                                Ian Connor Bifferato (#3273)
                                                THE BIFFERATO FIRM
                                                1007 N. Orange Street, 4th Floor
                                                Wilmington, DE 19801
                                                (302) 225-7600